UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 04-cr-00463-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.  LINDA CARNAGIE,
2.  NINA MARIE CAMERON,
3.  LESLIE ROUSSEAU,
4.  ALBERTICO GALINDO,
5.  SONIA RAMIREZ,
6.  SANDRA LINDSEY,
7.  ROSAURA RAMIREZ,
8.  GAIL HENDERSON,
9.  DWAYNE VANDYKE,
10.  CHRISTOPHER ALLEN,
11.  DENISHA WALKER,
12.  DAVID WOMELY,
13.  RANDAL JONES,
14.  SHEILA LOCKETT,
15.  SHAWN GARRETTE,
16.  LINDA EDWARDS,
17.  LADONNA MULLINS,
18.  TRENSON L. BYRD, aka TL Byrd,
19.  EMMITT COTTON, SENIOR,
20.  STAFFORD A. HILAIRE,
21.  TYRONE TENNYSON,
22.  ROBERT WEDGEWORTH,
23.  DARYL COLLINS,
24.  TRACIE LOCKHART,
25.  AARON BLATHERS,
26.  SEBASTIAN SCOTT,
27.  MICHAEL KEYS,
28.  QUNELL JEFFERSON,
29.  DONNA BLACKLOCK,
30.  MAURICE POOLE,
31.  MONICA FITE,
32.  **AURELIA WALKER,**
33.  WENDY WILKINS,and
34.  ODIE WEBSTER, III,
       Defendants.

---

### ORDER GRANTING DEFENDANT AURELIA WALKER'S
### MOTION FOR EXTENSION OF TIME IN WHICH TO FILE MOTIONS

---

The COURT, having reviewed Defendant Aurelia Walker's Motion for an Extension of Time in Which to File Motions **(#1158)** the Court finds:

1.   Although this case has been pending for many months, Defendant Aurelia Walker was recently arrested.  Defendant Aurelia Walker seeks an extension of time to file motions and vacation of the motions hearing set in the Scheduling Order (#1137) issued upon her arrest.

2.   Each Defendant is entitled to the protection the Speedy Trial Act.  Although other Defendants have requested, and have obtained, relief from the Speed Trial requirements to allow for a delayed trial date and extended time for trial preparation, no request has yet been made by Defendant Aurelia Walker.  To obtain such relief, she must file an appropriate motion.  Such motion will be heard in open court, unless it is supported by her sworn affidavit evidencing appreciation of her rights under the Speedy Trial Act and her waiver of such rights.

3.   Good cause has been shown for a two week extension of time in which to file Motions and for the Government to respond.  In light of such extension, it is appropriate to briefly continue the scheduled motions hearing.

IT IS THEREFORE ORDERED that:

1.   The deadline for Defendant's filing of her first set of pretrial motions is extended to **March 15, 2006**.

2.   The deadline for the Government's responses to such motions is extended to **March 24, 2006**.

3) The Motion Hearing originally set for **March 24, 2006 is VACATED and reset for Monday, March 27, 2006 at 3:00 p.m.**  Such hearing will automatically be vacated if no motions are filed.

DATED this 1st day of March 2006.

**BY THE COURT:**

Marcia S. Krieger
United States District Judge